# DOCUMENT REMOVED

# FILED IN INCORRECT CASE

CASE 0:08-cv-04983-PAM-AJB   Document 5-1   Filed 02/03/09   Page 1 of 1