## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Curtis Drake,

        Plaintiff.          Civil 08-4983 (PAM/AJB)

v.

        **ORDER OF DISMISSAL**

Diversified Adjustment Service, Inc.

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June __18__ , 2009

                                              s/Paul A. Magnuson
                                             Paul A. Magnuson, Judge
                                             United States District Court